**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                           IN THE UNITED STATES DISTRICT COURT
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                      SAN JOSE DIVISION

| | |
|---|---|
| Ryan Investment Corporation, | NO. C 06-03219 JW |
| Plaintiff, | **ORDER CONTINUING DEFENDANTS'** |
| v. | **MOTION TO DISMISS COMPLAINT** |
| Pedregal De Cabo San Lucas, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, Defendants' Motion to Dismiss presently scheduled for July 10, 2006 is continued to **July 17, 2006 at 9 a.m.**

Dated:   June 26, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated:  June 26, 2006**                                   **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers**
                                                                  **Melissa Peralta**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California