IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Ryan Investment Corp.,

        Plaintiff,

  v.

Pedregal De Cabo San Lucas et al.,

        Defendants.

NO. C 06-03219 JW

**ORDER VACATING HEARING ON COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT FARALLON'S COUNTERCLAIM FOR FAILURE TO STATE A CAUSE AS TO THE FIRST AND SECOND COUNTS**

The Court deems Counterdefendants' Motion to Dismiss Defendant Farallon's Counterclaim for Failure to State a Cause as to the First and Second Counts in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 18, 2006 is vacated.

Dated: September 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated: September 13, 2006**          **Richard W. Wieking, Clerk**

                                       **By:  /s/ JW Chambers
                                              Elizabeth Garcia
                                              Courtroom Deputy**

**United States District Court**
For the Northern District of California