**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ryan Investment Corp., | NO. C 06-03219 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Pedregal De Cabo San Lucas, et al., | |
| Defendants. | |
| _____/ | |

On September 18, 2006, the Court conducted a case management conference at which the parties requested referral to a magistrate judge for a judicial settlement conference. Accordingly, the Court hereby refers the parties to Magistrate Judge Patricia V. Trumbull for a settlement conference. The parties shall contact Judge Trumbull's chambers within ten (10) days of this Order to arrange a settlement conference.

Dated: September 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated: September 22, 2006**              **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**