**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ryan Investment Corp., | NO. C 06-03219 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Pedregal De Cabo San Lucas, et al., | |
|       Defendants. | |

On its own motion, the Court continues the case management conference currently scheduled for December 18, 2006 to **January 22, 2007 at 10:00 a.m.**

Dated:  December 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated:  December 13, 2006**                         **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers**
                                                                          **Elizabeth Garcia**
                                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California