IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ryan Investment Corp., | NO. C 06-03219 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Pedregal De Cabo San Lucas, et al., | |
|     Defendants. | |

This case was tried to the Court sitting without a jury, a jury having been waived by all parties. At the close of the evidence, pursuant to Federal Rule of Civil Procedure 52(a)(1), the Court stated its findings of fact and conclusions of law on the record.

Good cause appearing, judgment is entered in favor of Plaintiff Ryan Investment Corp. and against Defendants Pedregal De Cabo San Lucas, Capella Pedregal-Cabo San Lucas, formerly known as Farallon Spa & Resort, Desarrolladora Farallon, Sociedad De Reponsabilidad Limitada De Capital Variable, Leticia Diaz Rivera, Manuel Diaz Rivera and Juan Diaz Rivera, jointly and severally, in the sum of $1,500,000. Defendants shall take nothing by way of their counterclaim. No prejudgment interest is awarded to Plaintiff.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: January 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated: January 30, 2009**                           **Richard W. Wieking, Clerk**


                                                       **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California