IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ryan Investment Corp., | NO. C 06-03219 JW |
|     Plaintiff, | **AMENDED JUDGMENT** |
|   v. | |
| Pedregal De Cabo San Lucas, et al., | |
|     Defendants. | |

Pursuant to the Court's March 26, 2009 Order Granting Defendants' Motion to Correct Judgment, the Court amends its January 30, 2009 Judgment as follows:

This case was tried to the Court sitting without a jury, a jury having been waived by all parties. At the close of the evidence, pursuant to Federal Rule of Civil Procedure 52(a)(1), the Court stated its findings of fact and conclusions of law on the record.

Good cause appearing, judgment is entered in favor of Plaintiff Ryan Investment Corp. and against Defendants Pedregal De Cabo San Lucas, Leticia Diaz Rivera, and Manuel Diaz Rivera, jointly and severally, in the sum of $1,500,000. Defendants shall take nothing by way of their counterclaim. No prejudgment interest is awarded to Plaintiff.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: March 26, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George John Berger gberger@allenmatkins.com
Mark Aloysius Connor oconnor@horanlegal.com

**Dated: March 26, 2009**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**